No. 03–5061. GRAHAM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–5062. HOLSTON v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–5063. HAMPTON v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–5064. GRIGSBY v. SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5065. GARCIA v. GROZA ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5066. O'NEAL v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–5067. KENNETH C., A JUVENILE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5068. COLE v. LAIRD, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 03–5070. MITCHELL v. AOL TIME WARNER INC. ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5071. PEACE v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5072. PARKINSON v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 03–5073. PILKEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–5074. MARES v. MCGINNIS, SUPERINTENDENT, SOUTHPORT CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–5075. ROSALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5076. JAMES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.